```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
BORIS NAYFELD,                                                    :
                                                                  :
                                        Petitioner,               :        17-cv-8102 (KBF)
                                                                  :        16-cr-0207 (KBF)
                -v-                                               :
                                                                  :               ORDER
UNITED STATES OF AMERICA,                                         :
                                                                  :
                                        Respondent.               :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 30, 2018

KATHERINE B. FORREST, District Judge:

      Pursuant to its order of February 14, 2018, the Court hereby DISMISSES the instant petition for relief as moot.  The Clerk of Court is directed to close the open motion at 16-cr-207, ECF No. 35 and at 17-cv-8102, ECF No. 1, and to terminate case 17-cv-8102.

      SO ORDERED.

Dated:      New York, New York
              April 30, 2018

                                              _____
                                              KATHERINE B. FORREST
                                              United States District Judge

Copy to:
Boris Nayfeld
106 Charleston Avenue
Staten Island, NY 10309-1670